UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARCH SPECIALTY INSURANCE COMPANY,<br><br>                     Plaintiff,<br><br>-against-<br><br>AB CAPSTONE BUILDERS CORP.,<br><br>                     Defendant. | **MEMORANDUM AND ORDER**<br>Case No. 24-CV-3522 |

*For the Plaintiff*:
VITALY VILENCHIK
DAC Beachcroft LLP
55 Broadway, Suite 1602
New York, NY 10006

**BLOCK, Senior District Judge:**

On July 18, 2024, the Court referred to Magistrate Judge Vera M. Scanlon a motion for default judgment by Arch Specialty Insurance Company ("Plaintiff" or "Arch") in this breach-of-contract action against AB Capstone Builders Corp. ("Defendant" or "AB Capstone").

On March 14, 2025, Magistrate Judge Scanlon issued a Report & Recommendation ("R&R") recommending the Court grant Plaintiff's motion. The R&R gave the parties fourteen days to file objections, i.e., until March 28, 2025, and warned that "[f]ailure to file objections within fourteen days will preclude further review of this [R&R]." ECF No. 16, at 16. No objections have been filed. If

1

clear notice has been given of the consequences of failing to object, and there are no objections, the Court may adopt the R&R without *de novo* review. *See Thomas v. Arn*, 474 U.S. 140, 149-50 (1985); *Smith v. Campbell*, 782 F.3d 93, 102 (2d Cir. 2015) ("Where parties receive clear notice of the consequences, failure to timely object to a magistrate's report and recommendation operates as a waiver of further judicial review of the magistrate's decision." (citations omitted)). The Court will, however, excuse the failure to object and conduct *de novo* review if it appears that the magistrate judge may have committed plain error. *See Spence v. Superintendent, Great Meadow Corr. Facility*, 219 F.3d 162, 174 (2d Cir. 2000).

No error, plain or otherwise, appears on the face of the R&R. Accordingly, the Court adopts the R&R without *de novo* review. The Court enters judgment against Defendant for $122,656.14, with pre-judgment interest on that amount accruing from May 1, 2022, plus an additional $583.10 in costs to Plaintiff.

**SO ORDERED.**

    /S/ Frederic Block_____
FREDERIC BLOCK
Senior United States District Judge

Brooklyn, New York
March 31, 2024

2